Case 8-14-75142-ast    Doc 11-1    Filed 01/21/15    Entered 01/21/15 14:47:36



## COLDWELL BANKER RESIDENTIAL BROKERAGE
### SERVING LONG ISLAND AND QUEENS, NY

**Prepared especially for:**
Mr.& Mrs Daniel & Debra Shea
Date: January 9, 2015

**For Marketing the Property Located at:**
137 Woodland St.



Joseph Perrone
**ASSOCIATE BROKER**
Office: 6314225511 x 1933
Email: joseph.perrone@cbmoves.com





©2014 Coldwell Banker Real Estate LLC. Coldwell Banker® is a registered trademark licensed to Coldwell Banker Real Estate LLC. An Equal Opportunity Company. Equal Housing Opportunity. Owned and Operated by NRT LLC.

# The Coldwell Banker Positioning & Marketing Strategy



ColdwellBankerMoves.com



COLDWELL BANKER RESIDENTIAL BROKERAGE

SERVING LONG ISLAND AND QUEENS, NY

January 9, 2015

Mr.& Mrs Daniel & Debra Shea
137 woodland St.
East Islip NY 11730

Dear Dan & Debra,:

This proposal includes a comprehensive market analysis that will assist us in determining the market value of your Home..This Carefuly Prepared report of Current & Past Market Activity Compares your home with Other similar properties in your area.
                                      * Based on Attached Market Analysis, Your home is Valued  between $425,000 -$475,000

Sincerely,


Joseph Perrone
Associate Broker

---



Joseph Perrone
**ASSOCIATE BROKER**
Office: 6314225511 x 1933
Email: joseph.perrone@cbmoves.com





©2014 Coldwell Banker Real Estate LLC. Coldwell Banker® is a registered trademark licensed to Coldwell Banker Real Estate LLC. An Equal Opportunity Company. Equal Housing Opportunity. Owned and Operated by NRT LLC.



**COLDWELL BANKER RESIDENTIAL BROKERAGE**

Serving Long Island and Queens, NY

# Subject Property Profile for

# 137 Woodland St.

The following features have been identified to aid in the search for properties that are comparable to yours. This will help in determining proper pricing for your home.

| | | | |
|---|---|---|---|
| Taxes: | | Lot Size: | 120x190 |
| Town: | East Islip | Schools: | East Islip |
| Yr Blt: | | Style: | Victoroan |
| Const: | Vynle | Appearance: | Exellent |
| Bedrooms: | 5 | Full Baths: | 2 |
| Half Baths: | 0 | Total Rooms: | 10 |
| Heating: | oil | Fuel: | ohw |
| Cooling: | | Fireplaces: | 0 |
| Car Spaces: | 4 | Garage: | 0 |
| Driveway: | yes | Basement: | full |
| Fin Basement: | yes | Dining: | Formal |
| Pool: | In Ground | Porch: | Covered |
| Patio: | Cement | Attic: | Yes |
| Waterfront: | No | Waterview: | No |



Joseph Perrone
**ASSOCIATE BROKER**
Office: 6314225511 x 1933
Email: joseph.perrone@cbmoves.com



©2014 Coldwell Banker Real Estate LLC. Coldwell Banker® is a registered trademark licensed to Coldwell Banker Real Estate LLC. An Equal Opportunity Company. Equal Housing Opportunity. Owned and Operated by NRT LLC.

Case 8-14-75142-ast    Doc 11-1    Filed 01/21/15    Entered 01/21/15 14:47:36



**COLDWELL BANKER RESIDENTIAL BROKERAGE**
SERVING LONG ISLAND AND QUEENS, NY

# Subject Property Profile for

# 137 Woodland St.



The following features have been identified to aid in the search for properties that are comparable to yours. This will help in determining proper pricing for your home.

| | | | | | |
|---|---|---|---|---|---|
| Taxes: | | Lot Size: | 120x190 | Town: | East Islip |
| Schools: | East Islip | Yr Blt: | | Style: | Victoroan |
| Const: | Vynle | Appearance: | Exellent | Bedrooms: | 5 |
| Full Baths: | 2 | Half Baths: | 0 | Total Rooms: | 10 |
| Heating: | oil | Fuel: | ohw | Cooling: | |
| Fireplaces: | 0 | Car Spaces: | 4 | Garage: | 0 |
| Driveway: | yes | Basement: | full | Fin Basement: | yes |
| Dining: | Formal | Pool: | In Ground | Porch: | Covered |
| Patio: | Cement | Attic: | Yes | Waterfront: | No |
| Waterview: | No | | | | |



Joseph Perrone
**ASSOCIATE BROKER**
Office: 6314225511 x 1933
Email: joseph.perrone@cbmoves.com



©2014 Coldwell Banker Real Estate LLC. Coldwell Banker® is a registered trademark licensed to Coldwell Banker Real Estate LLC. An Equal Opportunity Company. Equal Housing Opportunity. Owned and Operated by NRT LLC.



**COLDWELL BANKER RESIDENTIAL BROKERAGE**

SERVING LONG ISLAND AND QUEENS, NY

# Comparative Market Analysis Summary

## Currently On The Market

| Address | Style | Const | Beds | Fbath | Hbath | Year Built | Sold Price | List Price |
|---|---|---|---|---|---|---|---|---|
| 10 Suffolk Ln | Colonial | Frame | 5 | 2 | 1 | 1970 | | $439,000 |

Average of 1 Properties: $439,000    Min: $439,000    Max: $439,000    Median: $439,000

## Under Contract

| Address | Style | Const | Beds | Fbath | Hbath | Year Built | Sold Price | List Price |
|---|---|---|---|---|---|---|---|---|
| 20 Marlboro Ln | Colonial | Vinyl | 5 | 3 | 1 | 1968 | | $350,000 |
| 23 Bayview Ave | Victorian | Wood | 5 | 2 | 0 | 1848 | | $399,000 |
| 12 Jefferson St | Colonial | Frame | 4 | 2 | 1 | 2014 | | $449,000 |

Average of 3 Properties: $399,333    Min: $350,000    Max: $449,000    Median: $399,000

## Recently Sold

| Address | Style | Const | Beds | Fbath | Hbath | Year Built | Sold Price | List Price |
|---|---|---|---|---|---|---|---|---|
| 41 Bayview Ave | Colonial | Wood Frame | 4 | 2 | 0 | 1941 | $427,000 | $449,000 |
| 169 Woodland Dr | Colonial | Frame | 4 | 2 | 1 | 1994 | $487,500 | $499,000 |

Average of 2 Properties: $457,250    Min: $427,000    Max: $487,500    Median: $457,250

## Off The Market

| Address | Style | Const | Beds | Fbath | Hbath | Year Built | Sold Price | List Price |
|---|---|---|---|---|---|---|---|---|
| 233 Marilynn St | Colonial | Frame | 4 | 3 | 0 | 1959 | | $499,000 |

Average of 1 Properties: $499,000    Min: $499,000    Max: $499,000    Median: $499,000



Joseph Perrone
ASSOCIATE BROKER
Office: 6314225511 x 1933
Email: joseph.perrone@cbmoves.com



©2014 Coldwell Banker Real Estate LLC. Coldwell Banker® is a registered trademark licensed to Coldwell Banker Real Estate LLC. An Equal Opportunity Company. Equal Housing Opportunity. Owned and Operated by NRT LLC.